# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,                     Criminal 05-261 (3) (RHK/JJG)

vs.                                       **ORDER**

Luis Ayala-Vargas,

       Defendant.

Based on this Court's de novo review of the Objections to portions of Magistrate Judge Jeanne J. Graham's November 18, 2006 Report and Recommendation, **IT IS ORDERED**:

    1.  The Objections (Doc. No. 86) are **OVERRULED**;

    2.  The Report and Recommendation (Doc. No. 82) is **ADOPTED**;

    3.  Defendant's Motion to Suppress Defendant's Statements (Doc. No. 56) is **DENIED**; and

    4.  Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 58) is **DENIED**.

Dated:  March 20, 2006

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge